MARY H. MYER, Individually and as Trustee under the Will of CLARK S. SHARPSTEEN, Deceased, and as Guardian of MARY II. SHARPSTEEN, an Infant, Appellant, *v.* LEON ABBETT, as Executor of LEON ABBETT, Deceased, et al., Respondents, and MARY H. SHARPSTEEN, Appellant.

*Myer* v. *Abbett,* 105 App. Div. 537, affirmed.
(Argued June 18, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1905, modifying, and affirming as modified, a judgment in favor of respondents herein entered upon the report of a referee in an action for an accounting.

*Edward W. S. Johnston* and *Edward P. Orrell, Jr.,* for appellants.

*Frederick H. Man, Henry H. Man, Leon Abbett* and *Thomas J. Sanson* for respondents.

Judgment affirmed, with costs to each party respondent appearing by separate counsel and filing briefs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.

---

EDGAR G. RUSSELL, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Russell* v. *N. Y. C. & II. R. R. Co.,* 105 App. Div. 636, affirmed.
(Argued June 19, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Charles E. Patterson* for appellant.

*John B. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: O'BRIEN, J. Not sitting: CHASE, J.

---

MINNIE CHOLET, as Administratrix of the Estate of HENRY CHOLET, Deceased, Appellant, *v.* THE CITY OF SYRACUSE, Respondent.

*Cholet* v. *City of Syracuse,* 111 App. Div. 903, affirmed.
(Argued June 19, 1906; decided October 2, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Ray B. Smith* for appellant.

*Walter W. Magee, Corporation Counsel* (*William Nottingham* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER and CHASE, JJ. Absent: O'BRIEN, J. Dissenting: WILLARD BARTLETT, J. Not sitting: HISCOCK, J.

---

MARY R. CODY, as Executrix of JAMES A. CAREY, Deceased, Respondent, *v.* ROBERT H. HADCOX, Appellant.

*Cody* v. *Hadcox,* 109 App. Div. 912, affirmed.
(Argued June 19, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered